# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

In re:
Elizabeth Bachert, Debtor
Case No. 25-11170-amc
Chapter 7

Leslie and David Netting, Plaintiffs
v.
Elizabeth Bachert, Defendant
Adversary Proceeding No. _____

## COMPLAINT TO DETERMINE NONDISCHARGEABILITY OF DEBT UNDER 11 U.S.C. §523(a)(6)

### I. Jurisdiction and Venue

1. 1. This is an adversary proceeding brought pursuant to 11 U.S.C. §523(a)(6) and Bankruptcy Rule 7001.
2. 2. This Court has jurisdiction under 28 U.S.C. §§ 157 and 1334, and this is a core proceeding.

### II. Parties

3. 3. Plaintiffs are Leslie and David Netting, a creditor of the Debtor.
4. 4. Defendant is Elizabeth Bachert the debtor in this bankruptcy case.

### III. Background

5. 5. Plaintiff and Defendant entered into a triple net lease agreement for commercial space.
6. 6. Under the lease, Defendant was required to pay monthly rent and property taxes.
7. 7. Between December 2023 and March 2024, Defendant failed to pay rent for three months and failed to pay taxes, in violation of the lease. The defendant then relocated and continued to conduct business generating income.
8. 8. Plaintiff filed suit in Berks County Magisterial District Court No. 23-3-01 and obtained a judgment against Defendant in the amount of $12,235.65, including back rent, taxes, and legal fees.

JUN 6 2025

### IV. Willful and Malicious Conduct

9. 9. At all relevant times, Defendant continued to operate a business on the leased property, including her schedule of dance classes and hosting revenue-generating events including a Nutcracker performance, a company concert, and costume sales.
10. 10. Defendant had income from these events but deliberately chose not to use those funds to pay obligations owed under the lease.
11. 11. Defendant's conduct was intentional, knowing, and malicious — calculated to harm Plaintiff by wrongfully withholding funds owed under contract and judgment.
12. 12. Plaintiff asserts that this conduct constitutes "willful and malicious injury" under 11 U.S.C. §523(a)(6).

### V. Request for Relief

13. 13. Plaintiff requests that the Court determine the judgment debt of $9,168.20 owed by Defendant is non-dischargeable pursuant to 11 U.S.C. §523(a)(6).
14. 14. Plaintiff also requests such other and further relief as the Court deems just and proper.

Respectfully submitted,

Leslie Netting
29870 Longhorn Drive, Canyon Lake, CA 92587
610-368-2082
leslienetting@gmail.com
Date: 06/02/2025