Leslie Netting
29870 Longhorn Drive
Canyon Lake, CA 92587
leslienetting@gmail.com
610-368-2082

August 4, 2025

Clerk of Court
United States Bankruptcy Court
Eastern District of Pennsylvania
900 Market Street, Suite 400
Philadelphia, PA 19107

Re: Request for Court-Annexed Mediation
Case No. 25-00160-AMC
Adversary Proceeding: Leslie and David Netting v. Elizabeth A. Bachert



Dear Clerk of Court:

We, Leslie and David Netting, Plaintiffs in the above-captioned adversary proceeding, respectfully request that the Court refer this matter to court-annexed mediation in accordance with the procedures outlined by the United States Bankruptcy Court for the Eastern District of Pennsylvania.

Pursuant to Rule 26(f), the parties have conferred and jointly agreed that mediation may be beneficial in facilitating resolution of this case. Accordingly, we are submitting this letter to formally request that the Court assign a mediator and schedule this case for participation in the Court's mediation program.

Please contact us at the above address or email should the Court require additional information or documentation. A copy of this letter is being served on Defendant's counsel, George Lutz, as indicated in the Certificate of Service enclosed.

Thank you for your attention to this matter.

Respectfully submitted,

_____
Leslie Netting, Plaintiff

_____
David Netting, Plaintiff

CERTIFICATE OF SERVICE

We hereby certify that a true and correct copy of the foregoing letter requesting court-annexed mediation was served via email on August 4, 2025, upon the following:

Mr. George M. Lutz, Esq.
Hartman, Valeriano, Magovern & Lutz, P.C.
1025 Berkshire Blvd., Suite 700
Wyomissing, PA 19610


*[signature]* 8/4/25
Leslie Netting


*[signature]* 8/4/25
David Netting